UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02151
   EDWIN HARDEN

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4755

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 01/31/2008 and was confirmed 03/26/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 168.57 | .00 | .00 |
| RMI/MCSI | UNSECURED | 5615.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 781.57 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2910.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| FOUNDATION EMERGENCY SER | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| METRO INFECTIOUS DISEASE | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1381.11 | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CHECKI | UNSECURED | NOT FILED | .00 | .00 |
| UNION AUTO SALES | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 02151 EDWIN HARDEN

```
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
ASPEN PLACE APARTMENTS     UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
VILLAGE OF PARK FOREST     UNSECURED     NOT FILED              .00            .00
CITY OF BLUE ISLAND        UNSECURED     NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY   3,464.00                          414.00
TOM VAUGHN                 TRUSTEE                                          36.00
DEBTOR REFUND              REFUND                                         450.00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------

TRUSTEE                    900.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                              414.00
TRUSTEE COMPENSATION                         36.00
DEBTOR REFUND                               450.00
                      ---------------     ---------------
TOTALS                     900.00             900.00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 02151 EDWIN HARDEN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE